IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CEDRICK M. BEACHUM,
    Petitioner,

vs.                                           Case No.: 5:15cv306/LAC/EMT

UNKNOWN,
    Respondent.
_____/

## **REPORT AND RECOMMENDATION**

       This cause is before the court upon referral from the clerk. Petitioner commenced this action by filing a petition for writ of habeas corpus (ECF No. 1). On December 3, 2015, this court entered an order (ECF No. 3) directing Petitioner to file a motion to proceed in forma pauperis or pay the $5.00 filing fee. Petitioner failed to respond to the order of the court; therefore, on January 12, 2016, the court issued an order requiring Petitioner to show cause, within thirty (30) days, why this action should not be dismissed for failure to comply with an order of the court (ECF No. 4). The time for compliance with the show cause order has now elapsed with no response from Petitioner.

       Accordingly, it is respectfully **RECOMMENDED**:

       That this case be **DISMISSED WITHOUT PREJUDICE** for Petitioner's

failure to comply with an order of the court.

At Pensacola, Florida, this 18th day of February 2016.


/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636**.